Cause No. _____

Jose Carmen Garcia, Jr.,          §      IN THE COURT OF CRIMINAL
        Petitioner, Pro Se        §      APPEALS OF THE STATE OF RECEIVED IN
COURT OF CRIMINAL APPEALS

v.                                §      TEXAS AT AUSTIN

APR 0 1 2015

THE STATE OF TEXAS,               §
        Respondent                §
                                HEARING REQUSETED

                                                          Abel Acosta, Clerk

            MOTION FOR EXTENSION OF TIME TO FILE P.D.R.

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

     Comes now Jose Carmen Garcia, Jr., Petitioner Pro Se, and files this
motion for extension of time of 60 days in which to file a petition for discr-
ertionary review. In support of this motion, petitioner respectfully shows the
following:

                                    I.

     The deadline for filing a Petition for Discretionary Review is 30 days
after judgment of the Court of Appeals is rendered. T.R.A.P. Rule 68.2(a).

FILED IN
COURT OF CRIMINAL APPEALS

     Judgement in this cause from the 10th Court of Appeals was rendered on
March 5, 2015, styled as Jose Carmen Garcia, Jr. v. The State of Texas and
enumerated as Cause No. 10-14-00028-CR.

APR 0 1 2015

                                    II.

                                                  Abel Acosta, Clerk
     In the above cited cause, motion for rehearing or consideration en banc
was not filed.

                                   III.

     Petitioner has not previously requested an extension of time in this
cause. This is the petitioner's first extension requested.

                                    IV.

     The petitioner received notice from counsel on March 16, 2015, regarding
the appellate court decision from the McConnell Unit mailroom. Petitioner
requests an extension of (60) sixty days so that he may properly prepare his
petition for discretionary review. Petitioner has yet to receive all docum-
ents necessary for preparation of his P.D.R., and is in the process of obta-
ining them.

     Petitioner is not trained in any fashion in the law. This motion is not
made in an attempt to delay adjudiciation or harass other related parties to
this cause.


                                    1.

## PRAYER

Wherefore premises considered, petitioner prays this Honorable Court would **GRANT** his motion for extension of time to file his P.D.R.. Petitioner also prays for general relief.

Respectfully Submitted,

Jose Carmen Garcia, Jr., Pro Se
TDCJ# 1910011 McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102-8583
361.362.2300 (ph.)
361.362.3011 (fax)

## DECLARATION

I, Jose Carmen Garcia, Jr., does now attest that the foregoing documents and information are true and correct and are thusly sworn to under penalty of perjury to their validity. (T.C.P. & R. §132.001-132.003 and 28 U.S.C. §1746).

*Jose C. Garcia, Jr.*

Jose C. Garcia, Jr., Pro Se


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing and included documents have been properly served upon the parties listed below at their respective addresses, as well as this Court. The documents were placed in the McConnell Unit mailbox with first class postage, pre-paid affixed addressed to the Court of Criminal Appeals, c/o Clerk of the Court, Abel Acosta, at P.O. Box 12308, Austin, Texas 78711-2308.


Executed on this the 25th day of March , 2015.
(TRAP Rule 9.5, FRAP Rule 25(d)).

*Jose C. Garcia, Jr.*

Jose C. Garcia, Jr., Pro Se


also served:



A. Reyna, McLennan Co. Dist. Atty.
219 N.6th St., Ste. 200
Waco, Texas 76701



deemed filed: Warner v. Glass 135 S.W.3d 681, 682 (Tex. 2004)